1

1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF OHIO

3  EASTERN DIVISION

4  - - -

5  SHIRLEY BROWN, Individually and as )
   Administratrix of the Estate of    )
6  Rodney Brown,                      )
   c/o David Malik                    )
7      8437 Mayfield Road, Suite 101  )
       Chesterland, OH  44026         )
8              Plaintiff,             )
                                      )
9      v.                             )
                                      )
10 MICHAEL CHAPMAN                    )
   c/o City of Cleveland              )
11 Division of Police                 )
   1300 Ontario Street                )
12 Cleveland, OH  44113               )
       and                            )
13 Belal Ilain                        )
   c/o City of Cleveland              )
14 Division of Police                 )
   1300 Ontario Street                )
15 Cleveland, OH  44113               )
               Defendants.            )
16             - - -
       THE CLEVELAND POLICE DISPATCH AUDIOTAPE
17             - - -

18     The Cleveland Police Dispatch Audiotape,

19 transcribed by me, Janet M. Hoffmaster, Registered

20 Professional Reporter and Notary Public in and for the

21 State of Ohio.

22             - - -

23         HOFFMASTER & BARBERIC, INC.
           THE LORENZO CARTER BUILDING
24      1360 WEST 9TH STREET, SUITE 340
             CLEVELAND, OHIO  44113
25 (216) 621-2550    FAX: (216) 621-3377    1-888-595-1970

| | | |
|---|---|---|
| 1 | VOICE: | Chopper |
| 2 | (inaudible). | |
| 3 | VOICE: | Chopper, were you |
| 4 | going to assist over there? | |
| 5 | VOICE: | Negative. Still |
| 6 | trying to get handcuffs on. | |
| 7 | VOICE: | All right. Then he |
| 8 | still need cars over there on 113th and | |
| 9 | (inaudible). | |
| 10 | VOICE: | Radio. Radio. |
| 11 | Slow him down. Slow him down. | |
| 12 | VOICE: | Slow it down. |
| 13 | (inaudible). | |
| 14 | VOICE: | Okay. Male's in |
| 15 | custody. Slow it down. Slow it down. | |
| 16 | Male's in custody at 20:52. | |
| 17 | VOICE: | All right. Radio |
| 18 | any car in the area of 3038 East 125 | |
| 19 | downstairs. | |
| 20 | VOICE: | Over here. |
| 21 | VOICE: | Be careful. |
| 22 | VOICE: | I can't breathe. |
| 23 | VOICE: | So? Who gives a |
| 24 | fuck. | |
| 25 | VOICE: | Not here. Be |

```
 1                  careful.
 2        VOICE:                (inaudible).
 3        VOICE:                I can't breathe,
 4   man.
 5        VOICE:                You got his
 6   (inaudible) on him?
 7        VOICE:                (inaudible).
 8        VOICE:                (inaudible).
 9        VOICE:                (inaudible).
10        VOICE:                4 David 21 to
11   radio.  I think this is an accidental
12   here.  I'm sorry.  I'm going to reset my
13   radio here as soon as I can figure it out.
14   Give me one second.
15        That was accidental emergency
16   broadcast by 4 David 21.
17                  - - -
18             (END OF TAPE)
19                  - - -
20
21
22
23
24
25
```

4

1  State of Ohio,        ) SS:         CERTIFICATE
2  County of Cuyahoga.   )
3
4       I, Janet M. Hoffmaster, a Registered Professional Reporter and Notary Public within and for the State of Ohio, duly commissioned and qualified, do hereby
5  certify that the foregoing Cleveland Police Dispatch Audiotape was reduced to stenotypy, and afterwards
6  transcribed by me through the process of computer-aided transcription, and that the foregoing is a true and
7  correct transcript of the Cleveland Police Dispatch Audiotape to the best of my ability to hear and
8  understand the audiotape.
9
10      I do further certify that this sworn statement was taken at the time and place in the foregoing caption specified.
11
12      I am not, nor is the court reporting firm with which I am affiliated, under a contract as defined in
13 Civil Rule 28(D).
14
15      I do further certify that I am not a relative, employee or attorney of either party, or otherwise interested in the event of this action.
16
17      IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Cleveland, Ohio, on
18 this 5th day of July 2011.
19
20
21                    _____
22                    Janet M. Hoffmaster, RPR and Notary Public
                      in and for the State of Ohio.
                      My Commission expires October 8, 2012.
23
24
25

HOFFMASTER & BARBERIC, INC.

## LAWYER'S NOTES

**PAGE**          **LINE**