# Event Chronology -- 201000410077

☑ System Comments

| Time | Date | Terminal | Operator | Action |
|---|---|---|---|---|
| 8:45:05 PM | 12/31/2010 | polch4b | 993887 | EVENT CREATED: E : E 113RD ST/BENHAN , Call Source=OFFICER ,Operator=LEDAWN HARDNICK |
| | | | | Agency=CPD, Group=D4, Beat=44, Status=A, Priority=4, ETA=0, Hold Type=0, Primary Unit=4B24, Primary Member=0, Current=F, Open Current=F, Type Code=TS-TRAFFIC STOP (OFFICER INITIATED), SubType Code=1M-1M,Operator=LEDAWN HARDNICK |
| | | | | Unit=4B24, Status=DP, Location=E 113RD ST/BENHAN : E |
| | | | | EVENT COMMENT=Field Event,Operator=LEDAWN HARDNICK |
| | | | | TAG: EFN2421 ST: |
| 8:45:06 PM | 12/31/2010 | polch4b | 993887 | Unit=4B24, Status=AR, Location=E 113RD ST/BENHAN : E |
| | | | | SUPP INFO CREATED: VEHIC: , License Number=EFN2421 |
| 8:45:07 PM | 12/31/2010 | ps-icomm1 | 993887 | EVENT COMMENT=** VEH search completed at 12/31/10 20:45:07,Operator=LEDAWN HARDNICK |
| 8:45:35 PM | 12/31/2010 | polch4b | 993887 | EVENT UPDATED: , Cross Streets=E 113RD ST /BENHAM ,Operator=LEDAWN HARDNICK |
| | | | | Agency=CPD, Group=D4, Beat=44, Status=A, Priority=4, ETA=0, Hold Type=0, Primary Unit=4B24, Primary Member=0, Current=F, Open Current=F, Type Code=TS-TRAFFIC STOP (OFFICER INITIATED), SubType Code=1M-1M,Operator=LEDAWN HARDNICK |
| | | | | EVENT COMMENT=** Event Location changed from "E 113RD ST/BENHAN : E" to "E 113RD ST/BENHAM",Operator=LEDAWN HARDNICK |
| | | | | at: 12/31/10 20:45:35 |
| | | | | ** >>>> by: LEDAWN HARDNICK on terminal: polch4b |
| 8:45:36 PM | 12/31/2010 | ps-icomm1 | 993887 | EVENT COMMENT=** LOI search completed at 12/31/10 20:45:36,Operator=LEDAWN HARDNICK |
| 8:48:20 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=REQ ANOTHER CAR,Operator=LEDAWN HARDNICK |
| 8:48:26 PM | 12/31/2010 | polch4a | 992255 | EVENT COMMENT=112/BENHAM,Operator=WENDY CATLEDGE |
| 8:48:33 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=UNSURE WAT STREET THEY ARE ON PER ZC,Operator=LEDAWN HARDNICK |
| 8:48:43 PM | 12/31/2010 | polch4b | 993887 | Unit=4A28, Status=DP, Location=E 113RD ST/BENHAM, Employee=993687 |
| | | | | Unit=4A28, Status=DP, Location=E 113RD ST/BENHAM, Employee=993930 |
| 8:48:58 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=ML STILL RESISTING MULTIPLE TAZERS NOT WORKING,Operator=LEDAWN HARDNICK |
| 8:49:06 PM | 12/31/2010 | polch4a | 992255 | EVENT COMMENT=SB MUTLIPLE TASERS NOT WORKING ML STILL RESISTING,Operator=WENDY CATLEDGE |
| 8:49:26 PM | 12/31/2010 | polch4a | 992255 | EVENT COMMENT=3589 E 112/E 113,Operator=WENDY CATLEDGE |
| 8:49:34 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=3589 UNSURE IF THE STREET THEY ARE ON 112 OR 113,Operator=LEDAWN HARDNICK |
| 8:49:35 PM | 12/31/2010 | polch4a | 992255 | EVENT COMMENT=ML POSS HIGH ON WET,Operator=WENDY CATLEDGE |
| 8:50:36 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=ANOTHER CAR SAYING ITS 113,Operator=LEDAWN HARDNICK |
| 8:50:42 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=CROWD GATHERING,Operator=LEDAWN HARDNICK |
| 8:50:47 PM | 12/31/2010 | polch4a | 992255 | EVENT COMMENT=HAS CROWD..INC ON E 113,Operator=WENDY CATLEDGE |
| 8:51:11 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=S OF BENHAM ON E 114,Operator=LEDAWN HARDNICK |
| 8:51:13 PM | 12/31/2010 | polch4a | 992255 | EVENT COMMENT=SB OFF BENHAM ABOUT 4-5 HOUSES ON E 114,Operator=WENDY |

| | | | | |
|---|---|---|---|---|
| | | | | CATLEDGE |
| 8:52:08 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=SLOW IT DN ML IN CUSTODY,Operator=LEDAWN HARDNICK |
| 8:54:16 PM | 12/31/2010 | polch4b | 993887 | Unit=4D27, Status=DP, Location=E 113RD ST/BENHAM |
| 8:54:17 PM | 12/31/2010 | polch4b | 993887 | Unit=4D28, Status=DP, Location=E 113RD ST/BENHAM |
| 8:54:21 PM | 12/31/2010 | polch4b | 993887 | Unit=4D27, Status=AR, Location=E 113RD ST/BENHAM |
| 8:54:23 PM | 12/31/2010 | polch4b | 993887 | Unit=4D28, Status=AR, Location=E 113RD ST/BENHAM |
| 8:55:03 PM | 12/31/2010 | polch4b | 993887 | Unit=4F38, Status=DP, Location=E 113RD ST/BENHAM |
| 8:55:04 PM | 12/31/2010 | polch4b | 993887 | Unit=4F38, Status=AR, Location=E 113RD ST/BENHAM |
| 8:55:15 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=REQ BOSS,Operator=LEDAWN HARDNICK |
| 8:55:20 PM | 12/31/2010 | polch4b | 993887 | Unit=4S23, Status=DP, Location=E 113RD ST/BENHAM |
| 8:55:31 PM | 12/31/2010 | polch4a | 992255 | EVENT COMMENT=NEEDS EMS,Operator=WENDY CATLEDGE |
| 8:55:33 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=REQ EMS,Operator=LEDAWN HARDNICK |
| 8:55:58 PM | 12/31/2010 | polch4b | 993887 | Unit=4B25, Status=DP, Location=E 113RD ST/BENHAM |
| 8:56:00 PM | 12/31/2010 | polch4b | 993887 | Unit=4B25, Status=AR, Location=E 113RD ST/BENHAM |
| 9:00:02 PM | 12/31/2010 | polch4a | 992255 | EVENT COMMENT=32YR OLD MALE EXACT LOCATION,Operator=WENDY CATLEDGE |
| 9:00:08 PM | 12/31/2010 | polch4b | 993887 | Unit=4B25, Status=DW, Comment=Removed Secondary Location, Location=E 113RD ST/BENHAM |
| | | | | EVENT COMMENT=Removed Secondary Location,Operator=LEDAWN HARDNICK |
| 9:00:12 PM | 12/31/2010 | polch4a | 992255 | EVENT COMMENT=3589 E 114,Operator=WENDY CATLEDGE |
| 9:00:13 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=3589 E 114,Operator=LEDAWN HARDNICK |
| 9:00:21 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=EMS NOTIFIED,Operator=LEDAWN HARDNICK |
| 9:00:26 PM | 12/31/2010 | polch4a | 992255 | Unit=4B25, Status=DW, Comment=3589 E 114, Location=E 113RD ST/BENHAM |
| | | | | EVENT COMMENT=3589 E 114,Operator=WENDY CATLEDGE |
| 9:01:15 PM | 12/31/2010 | polch4a | 992255 | Unit=4A25, Status=DP, Location=E 113RD ST/BENHAM, Employee=994189 |
| | | | | Unit=4A25, Status=DP, Location=E 113RD ST/BENHAM, Employee=994139 |
| 9:01:16 PM | 12/31/2010 | polch4a | 992255 | Unit=4A25, Status=AR, Location=E 113RD ST/BENHAM, Employee=994189 |
| | | | | Unit=4A25, Status=AR, Location=E 113RD ST/BENHAM, Employee=994139 |
| 9:13:55 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=REQ FIRE C/W FULL ARREST EMS NEEDS HELP,Operator=LEDAWN HARDNICK |
| 9:14:58 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=FIRE NOTIFIED,Operator=LEDAWN HARDNICK |
| 9:15:42 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=CCS SUPV NOTIFIED,Operator=LEDAWN HARDNICK |
| 9:18:00 PM | 12/31/2010 | polch4b | 993887 | Unit=4A28, Status=AV, Employee=993687 |
| | | | | Unit=4A28, Status=AV, Employee=993930 |
| | | | | EVENT COMMENT=4A28 -- .,Operator=LEDAWN HARDNICK |
| 9:18:01 PM | 12/31/2010 | polch4b | 993887 | Unit=4A28, Status=EC, Comment=4A28 -- ., Location=E 113RD ST/BENHAM, Employee=993687 |
| | | | | Unit=4A28, Status=EC, Comment=4A28 -- ., Location=E 113RD ST/BENHAM, Employee=993930 |
| 9:32:57 PM | 12/31/2010 | polch4b | 993887 | Agency=CPD, Group=D4, Beat=44, Status=A, Priority=4, ETA=0, Hold Type=0, Primary Unit=4B24, Primary Member=0, Current=F, Open Current=F, Type Code=TS-TRAFFIC STOP (OFFICER INITIATED), SubType Code=1M-1M,Operator=LEDAWN HARDNICK |
| 9:34:50 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=UNIT TO HOSP W EMS A25,Operator=LEDAWN HARDNICK |
| 9:34:57 PM | 12/31/2010 | polch4b | 993887 | Unit=4A25, Status=DW, Comment=EH/UH, Location=E 113RD ST/BENHAM, Employee=994189 |
| | | | | Unit=4A25, Status=DW, Comment=EH/UH, Location=E 113RD ST/BENHAM, Employee=994139 |

| Time | Date | Terminal | ID | Event |
|---|---|---|---|---|
| | | | | EVENT COMMENT=EH/UH,Operator=LEDAWN HARDNICK |
| 9:35:02 PM | 12/31/2010 | polch4a | 992255 | EVENT COMMENT=4A25 FOLLOWING EMS TO UH,Operator=WENDY CATLEDGE |
| 9:36:57 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=PER EMS THEY ARE GOING TO UH,Operator=LEDAWN HARDNICK |
| 9:38:46 PM | 12/31/2010 | polch4b | 993887 | Unit=4A28, Status=DP, Location=E 113RD ST/BENHAM, Employee=993687 |
| | | | | Unit=4A28, Status=DP, Location=E 113RD ST/BENHAM, Employee=993930 |
| 9:40:28 PM | 12/31/2010 | pscsupv1b | 991439 | EVENT COMMENT=PER 4S23 UDFIT CALL UP MAKING NOTIFICATION NOW,Operator=DELANA ROBINSON |
| 9:41:40 PM | 12/31/2010 | pscsupv1b | 991439 | EVENT COMMENT=PER DC TOMBA FULL UDFIT CALL UP MAKING NOTIFICATIONS,Operator=DELANA ROBINSON |
| 9:42:24 PM | 12/31/2010 | polch4b | 993887 | Unit=4A25, Status=DW, Comment=@UH, Location=E 113RD ST/BENHAM, Employee=994189 |
| | | | | Unit=4A25, Status=DW, Comment=@UH, Location=E 113RD ST/BENHAM, Employee=994139 |
| | | | | EVENT COMMENT=@UH,Operator=LEDAWN HARDNICK |
| 9:50:01 PM | 12/31/2010 | polch4a | 992255 | Unit=4B27, Status=DP, Location=E 113RD ST/BENHAM |
| 9:50:05 PM | 12/31/2010 | polch4a | 992255 | Unit=4B27, Status=AR, Location=E 113RD ST/BENHAM |
| 9:54:40 PM | 12/31/2010 | polch4b | 993887 | Unit=4A22, Status=DP, Location=E 113RD ST/BENHAM, Employee=994283 |
| | | | | Unit=4A22, Status=DP, Location=E 113RD ST/BENHAM, Employee=993543 |
| 10:10:32 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=ADV S23,Operator=LEDAWN HARDNICK |
| 10:11:24 PM | 12/31/2010 | polch4b | 993887 | Unit=4S23, Status=AR, Location=E 113RD ST/BENHAM |
| 10:12:45 PM | 12/31/2010 | polch4b | 993887 | Unit=4S33, Status=DP, Location=E 113RD ST/BENHAM |
| 10:14:03 PM | 12/31/2010 | polch4b | 993887 | Unit=4S33, Status=AR, Location=E 113RD ST/BENHAM |
| 10:26:45 PM | 12/31/2010 | polch4b | 993887 | EVENT COMMENT=4A28 -- .,Operator=LEDAWN HARDNICK |
| 10:26:46 PM | 12/31/2010 | polch4b | 993887 | Unit=4A28, Status=EC, Comment=4A28 -- ., Location=E 113RD ST/BENHAM, Employee=993687 |
| | | | | Unit=4A28, Status=EC, Comment=4A28 -- ., Location=E 113RD ST/BENHAM, Employee=993930 |
| | | | | Unit=4A28, Status=AV, Employee=993687 |
| | | | | Unit=4A28, Status=AV, Employee=993930 |
| 10:26:49 PM | 12/31/2010 | polch4b | 993887 | Unit=4A22, Status=AV, Employee=994283 |
| | | | | Unit=4A22, Status=AV, Employee=993543 |
| | | | | EVENT COMMENT=4A22 -- .,Operator=LEDAWN HARDNICK |
| 10:26:50 PM | 12/31/2010 | polch4b | 993887 | Unit=4A22, Status=EC, Comment=4A22 -- ., Location=E 113RD ST/BENHAM, Employee=994283 |
| | | | | Unit=4A22, Status=EC, Comment=4A22 -- ., Location=E 113RD ST/BENHAM, Employee=993543 |
| 10:26:52 PM | 12/31/2010 | polch4a | 992255 | EVENT COMMENT=BUNCH OF SHOTS IN AREA 114-116 AREA...,Operator=WENDY CATLEDGE |
| 10:40:00 PM | 12/31/2010 | polch4a | 993152 | EVENT COMMENT=MEDIC 16,Operator=VELINA MAINOR |
| 10:57:31 PM | 12/31/2010 | polch4b | 993022 | Unit=4S33, Status=UE, Location=E 113RD ST/BENHAM, Employee=990831 |
| 11:18:34 PM | 12/31/2010 | polch4b | 993022 | Unit=4S33, Status=AV, Employee=990831 |
| | | | | EVENT COMMENT=4S33 -- .,Operator=PAULETTE WILLIAMS |
| 11:18:35 PM | 12/31/2010 | polch4b | 993022 | Unit=4S33, Status=EC, Comment=4S33 -- ., Location=E 113RD ST/BENHAM, Employee=990831 |
| 11:28:09 PM | 12/31/2010 | polch4a | 993152 | EVENT COMMENT=CONFER W/HOMICIDE AND IA - LEAVING HOSPITAL,Operator=VELINA MAINOR |
| 11:34:39 PM | 12/31/2010 | polch4a | 993152 | Unit=4D28, Status=AV |

| Time | Date | User | ID | Event |
|---|---|---|---|---|
| 11:37:47 PM | 12/31/2010 | polch4a | 993152 | Unit=4A25, Status=DW, Comment=E 114/BENHAM, Location=E 113RD ST/BENHAM, Employee=994189 |
| | | | | Unit=4A25, Status=DW, Comment=E 114/BENHAM, Location=E 113RD ST/BENHAM, Employee=994139 |
| | | | | EVENT COMMENT=E 114/BENHAM,Operator=VELINA MAINOR |
| | | | | 4A25 -- BACK ON SCENE E 114/BENHAM |
| 11:37:48 PM | 12/31/2010 | polch4a | 993152 | Unit=4A25, Status=EC, Comment=4A25 -- BACK ON SCENE E 114/BENHAM, Location=E 113RD ST/BENHAM, Employee=994189 |
| | | | | Unit=4A25, Status=EC, Comment=4A25 -- BACK ON SCENE E 114/BENHAM, Location=E 113RD ST/BENHAM, Employee=994139 |
| 11:41:40 PM | 12/31/2010 | polch4a | 993152 | EVENT COMMENT=PER 4B24 EN TO D4/CONFER W/BOSS,Operator=VELINA MAINOR |
| 11:42:46 PM | 12/31/2010 | polch4b | 993022 | Unit=4A25, Status=DW, Comment=Removed Secondary Location, Location=E 113RD ST/BENHAM, Employee=994189 |
| | | | | Unit=4A25, Status=DW, Comment=Removed Secondary Location, Location=E 113RD ST/BENHAM, Employee=994139 |
| | | | | Unit=4A25, Status=AV, Employee=994189 |
| | | | | Unit=4A25, Status=AV, Employee=994139 |
| | | | | EVENT COMMENT=Removed Secondary Location,Operator=PAULETTE WILLIAMS |
| | | | | 4A25 -- . |
| 11:42:47 PM | 12/31/2010 | polch4b | 993022 | Unit=4A25, Status=EC, Comment=4A25 -- ., Location=E 113RD ST/BENHAM, Employee=994189 |
| | | | | Unit=4A25, Status=EC, Comment=4A25 -- ., Location=E 113RD ST/BENHAM, Employee=994139 |
| 11:43:03 PM | 12/31/2010 | polch4b | 993022 | EVENT COMMENT=4B27 -- .,Operator=PAULETTE WILLIAMS |
| 11:43:04 PM | 12/31/2010 | polch4b | 993022 | Unit=4B27, Status=AV |
| 11:43:05 PM | 12/31/2010 | polch4b | 993022 | Unit=4B27, Status=EC, Comment=4B27 -- ., Location=E 113RD ST/BENHAM |
| 11:43:30 PM | 12/31/2010 | polch4b | 993022 | Unit=4D27, Status=DW, Comment=EN RT LOT2, Location=E 113RD ST/BENHAM |
| | | | | EVENT COMMENT=EN RT LOT2,Operator=PAULETTE WILLIAMS |
| 11:43:31 PM | 12/31/2010 | polch4a | 993152 | EVENT COMMENT=4D27 -- EN TO LOT 2,Operator=VELINA MAINOR |
| 11:43:32 PM | 12/31/2010 | polch4a | 993152 | Unit=4D27, Status=EC, Comment=4D27 -- EN TO LOT 2, Location=E 113RD ST/BENHAM |
| 11:43:38 PM | 12/31/2010 | polch4a | 993152 | Unit=4D27, Status=DW, Comment=EN LOT 2, Location=E 113RD ST/BENHAM |
| | | | | EVENT COMMENT=EN LOT 2,Operator=VELINA MAINOR |
| 12:02:44 AM | 1/1/2011 | polch4a | 993152 | EVENT COMMENT=ARRIVE LOT2,Operator=VELINA MAINOR |
| 12:02:50 AM | 1/1/2011 | polch4a | 993152 | Unit=4D27, Status=DW, Comment=LOT 2, Location=E 113RD ST/BENHAM |
| | | | | EVENT COMMENT=LOT 2,Operator=VELINA MAINOR |
| 12:16:49 AM | 1/1/2011 | polch4a | 993152 | EVENT COMMENT=VEH TOWED,Operator=VELINA MAINOR |
| 12:16:54 AM | 1/1/2011 | polch4a | 993152 | Unit=4D27, Status=AV |
| 1:05:00 AM | 1/1/2011 | polch4a | 993152 | EVENT COMMENT=EN TO CHARITY FOR TREATMENT,Operator=VELINA MAINOR |
| 1:14:19 AM | 1/1/2011 | polch4a | 993152 | Unit=4B24, Status=DW, Comment=EH CHARITY, Location=E 113RD ST/BENHAN : E |
| | | | | EVENT COMMENT=EH CHARITY,Operator=VELINA MAINOR |
| 1:20:57 AM | 1/1/2011 | polch4b | 993022 | Unit=4B24, Status=DW, Comment=@CHARITY, Location=E 113RD ST/BENHAN : E |
| | | | | EVENT COMMENT=@CHARITY,Operator=PAULETTE WILLIAMS |
| 2:57:46 AM | 1/1/2011 | polch4b | 993022 | EVENT COMMENT=COMP AT CHARITY -- EN RT D4 -- PPWK,Operator=PAULETTE WILLIAMS |
| 2:57:51 AM | 1/1/2011 | polch4b | 993022 | Unit=4B24, Status=DW, Comment=EN RT D4, Location=E 113RD ST/BENHAN : E |
| | | | | EVENT COMMENT=EN RT D4,Operator=PAULETTE WILLIAMS |

| Time | Date | Terminal | ID | Event |
|---|---|---|---|---|
| 3:34:50 AM | 1/1/2011 | polch4a | 993152 | EVENT COMMENT=COPIED EVENT,Operator=VELINA MAINOR<br>EVENT COPIED |
| 3:35:07 AM | 1/1/2011 | polch4a | 993152 | EVENT COMMENT=COPIED EVENT,Operator=VELINA MAINOR<br>EVENT COPIED |
| 3:35:37 AM | 1/1/2011 | polch4a | 993152 | EVENT COMMENT=COPIED EVENT,Operator=VELINA MAINOR<br>EVENT COPIED |
| 3:40:22 AM | 1/1/2011 | polch4a | 993152 | EVENT COMMENT=COPIED EVENT,Operator=VELINA MAINOR<br>EVENT COPIED |
| 3:45:05 AM | 1/1/2011 | polch4a | 993152 | EVENT COMMENT=COPIED EVENT,Operator=VELINA MAINOR<br>EVENT COPIED |
| 3:45:43 AM | 1/1/2011 | polch4a | 993152 | EVENT COMMENT=** Event Type changed from TS(1M) to TS(1M) at: 01/01/11 03:45:43,Operator=VELINA MAINOR<br>** Event Location changed from "E 113RD ST/BENHAM" to "E 113TH ST/BENHAM AVE<br>CLEV" at: 01/01/11 03:45:43<br>** >>>> by: VELINA MAINOR on terminal: polch4a |
| 3:45:44 AM | 1/1/2011 | polch4a | 993152 | EVENT UPDATED: CLEV , Cross Streets=E 113TH ST /BENHAM AVE ,Operator=VELINA MAINOR<br>Agency=CPD, Group=D4, Beat=46, Status=A, Priority=4, ETA=0, Hold Type=0, Primary Unit=4B24, Primary Member=0, Current=F, Open Current=F, Type Code=TS-TRAFFIC STOP (OFFICER INITIATED), SubType Code=1M-1M,Operator=VELINA MAINOR |
| 3:45:46 AM | 1/1/2011 | ps-icomm1 | 993152 | EVENT COMMENT=** LOI search completed at 01/01/11 03:45:46,Operator=VELINA MAINOR |
| 3:45:56 AM | 1/1/2011 | polch4a | 993152 | EVENT COMMENT=** Cross Referenced to Event # 201100000430 at: 01/01/11 03:45:56,Operator=VELINA MAINOR<br>** >>>> by: VELINA MAINOR on terminal: polch4a<br>EVENT COPIED<br>CROSS REFERENCED TO EVENT=201100000430 |
| 4:01:59 AM | 1/1/2011 | polch4a | 993152 | Unit=4S23, Status=AV |
| 4:43:20 AM | 1/1/2011 | polch4a | 993152 | Unit=4B25, Status=AV |
| 4:55:55 AM | 1/1/2011 | polch4a | 993152 | Unit=4F38, Status=AV |
| 5:38:04 AM | 1/1/2011 | polch4a | 993152 | Agency=CPD, Group=D4, Beat=46, Status=A, Priority=4, ETA=0, Hold Type=0, Primary Unit=4B24, Primary Member=0, Current=T, Open Current=F, Type Code=TS-TRAFFIC STOP (OFFICER INITIATED), SubType Code=1M-1M,Operator=VELINA MAINOR<br>EVENT CLOSED<br>Unit=4B24, Status=AV, Comment=REPT<br>EVENT COMMENT=REPT,Operator=VELINA MAINOR |

# Event Chronology -- 201100000430

☑ System Comments

| Time | Date | Terminal | Operator | Action |
|---|---|---|---|---|
| 3:45:55 AM | 1/1/2011 | polch4a | 993152 | EVENT CREATED: CLEV , Cross Streets=E 113TH ST /BENHAM AVE ,Operator=VELINA MAINOR |
| | | | | EVENT COMMENT=Field Event,Operator=VELINA MAINOR |
| | | | | TAG: EFN2421 ST: |
| | | | | ** VEH search completed at 12/31/10 20:45:07 |
| | | | | ** Event Location changed from "E 113RD ST/BENHAN : E" to "E 113RD ST/BENHAM" |
| | | | | at: 12/31/10 20:45:35 |
| | | | | ** >>>> by: LEDAWN HARDNICK on terminal: polch4b |
| | | | | ** LOI search completed at 12/31/10 20:45:36 |
| | | | | REQ ANOTHER CAR |
| | | | | 112/BENHAM |
| | | | | UNSURE WAT STREET THEY ARE ON PER ZC |
| | | | | ML STILL RESISTING MULTIPLE TAZERS NOT WORKING |
| | | | | SB MUTLIPLE TASERS NOT WORKING ML STILL RESISTING |
| | | | | 3589 E 112/E 113 |
| | | | | 3589 UNSURE IF THE STREET THEY ARE ON 112 OR 113 |
| | | | | ML POSS HIGH ON WET |
| | | | | ANOTHER CAR SAYING ITS 113 |
| | | | | CROWD GATHERING |
| | | | | HAS CROWD..INC ON E 113 |
| | | | | S OF BENHAM ON E 114 |
| | | | | SB OFF BENHAM ABOUT 4-5 HOUSES ON E 114 |
| | | | | SLOW IT DN ML IN CUSTODY |
| | | | | REQ BOSS |
| | | | | NEEDS EMS |
| | | | | REQ EMS |
| | | | | 32YR OLD MALE EXACT LOCATION |
| | | | | 3589 E 114 |
| | | | | 3589 E 114 |
| | | | | EMS NOTIFIED |
| | | | | REQ FIRE C/W FULL ARREST EMS NEEDS HELP |
| | | | | FIRE NOTIFIED |
| | | | | CCS SUPV NOTIFIED |
| | | | | 4A28 -- . |
| | | | | UNIT TO HOSP W EMS A25 |
| | | | | 4A25 FOLLOWING EMS TO UH |
| | | | | PER EMS THEY ARE GOING TO UH |
| | | | | PER 4S23 UDFIT CALL UP MAKING NOTIFICATION NOW |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | PER DC TOMBA FULL UDFIT CALL UP MAKING NOTIFICATIONS |
|  |  |  |  | ADV S23 |
|  |  |  |  | 4A28 -- . |
|  |  |  |  | 4A22 -- . |
|  |  |  |  | BUNCH OF SHOTS IN AREA 114-116 AREA... |
|  |  |  |  | MEDIC 16 |
|  |  |  |  | 4S33 -- . |
|  |  |  |  | CONFER W/HOMICIDE AND IA - LEAVING HOSPITAL |
|  |  |  |  | 4A25 -- BACK ON SCENE E 114/BENHAM |
|  |  |  |  | PER 4B24 EN TO D4/CONFER W/BOSS |
|  |  |  |  | 4A25 -- . |
|  |  |  |  | 4B27 -- . |
|  |  |  |  | 4D27 -- EN TO LOT 2 |
|  |  |  |  | ARRIVE LOT2 |
|  |  |  |  | VEH TOWED |
|  |  |  |  | EN TO CHARITY FOR TREATMENT |
|  |  |  |  | COMP AT CHARITY -- EN RT D4 -- PPWK |
|  |  |  |  | COPIED EVENT |
|  |  |  |  | EVENT COPIED |
|  |  |  |  | COPIED EVENT |
|  |  |  |  | EVENT COPIED |
|  |  |  |  | COPIED EVENT |
|  |  |  |  | EVENT COPIED |
|  |  |  |  | COPIED EVENT |
|  |  |  |  | EVENT COPIED |
|  |  |  |  | COPIED EVENT |
|  |  |  |  | EVENT COPIED |
|  |  |  |  | ** Event Type changed from TS(1M) to TS(1M) at: 01/01/11 03:45:43 |
|  |  |  |  | ** Event Location changed from "E 113RD ST/BENHAM" to "E 113TH ST/BENHAM AVE CLEV" at: 01/01/11 03:45:43 |
|  |  |  |  | ** >>>> by: VELINA MAINOR on terminal: polch4a |
|  |  |  |  | ** LOI search completed at 01/01/11 03:45:46 |
| 3:45:56 AM | 1/1/2011 | polch4a | 993152 | Agency=CPD, Group=D4, Beat=46, Status=P, Priority=4, ETA=0, Hold Type=0, Primary Member=0, Current=F, Open Current=F, Type Code=TS-TRAFFIC STOP (OFFICER INITIATED), SubType Code=1M-1M,Operator=VELINA MAINOR |
|  |  |  |  | EVENT COMMENT=** Cross Referenced to Event # 201000410077 at: 01/01/11 03:45:56,Operator=VELINA MAINOR |
|  |  |  |  | ** >>>> by: VELINA MAINOR on terminal: polch4a |
|  |  |  |  | COPIED EVENT |
|  |  |  |  | ** VEH search completed at 01/01/11 03:45:56 |
|  |  |  |  | CROSS REFERENCED TO EVENT=201000410077 |
|  |  |  |  | SUPP INFO CREATED: VEHIC: Year=0, License Number=EFN2421 |
| 3:45:57 AM | 1/1/2011 | ps-icomm1 | 993152 | EVENT COMMENT=** LOI search completed at 01/01/11 03:45:57,Operator=VELINA MAINOR |

| | | | | |
|---|---|---|---|---|
| 3:46:45 AM | 1/1/2011 | polch4a | 993152 | EVENT COMMENT=REQ CAD FOR INJ TO PO,Operator=VELINA MAINOR |
| 3:46:52 AM | 1/1/2011 | polch4a | 993152 | Agency=CPD, Group=D4, Beat=46, Status=S, Priority=4, ETA=0, Hold Type=0, DispatchAssigned Unit=4B24, Primary Member=0, Current=F, Open Current=F, Type Code=TS-TRAFFIC STOP (OFFICER INITIATED), SubType Code=1M-1M,Operator=VELINA MAINOR |
| | | | | Unit=4B24, Status=DA, Comment=Event 201100000430 Dispatch Assigned |
| | | | | EVENT COMMENT=Event 201100000430 Dispatch Assigned,Operator=VELINA MAINOR |
| 4:10:44 AM | 1/1/2011 | polch4a | 993152 | EVENT UPDATED: CLEV , Cross Streets=E 113TH ST /BENHAM AVE ,Operator=VELINA MAINOR |
| | | | | Agency=CPD, Group=D4, Beat=46, Status=S, Priority=4, ETA=0, Hold Type=0, DispatchAssigned Unit=4B24, Primary Member=0, Current=F, Open Current=F, Type Code=INJ-INJURY TO PERSON - NON EMERGENCY, SubType Code=1M-1M,Operator=VELINA MAINOR |
| | | | | EVENT COMMENT=** Event Type changed from TS(1M) to INJ(1M) at: 01/01/11 04:10:44,Operator=VELINA MAINOR |
| | | | | ** >>>> by: VELINA MAINOR on terminal: polch4a |
| 4:42:00 AM | 1/1/2011 | polch4a | 993152 | Agency=CPD, Group=D4, Beat=46, Status=C, Priority=4, ETA=0, Hold Type=0, DispatchAssigned Unit=4B24, Primary Member=0, Current=T, Open Current=F, Type Code=INJ-INJURY TO PERSON - NON EMERGENCY, SubType Code=1M-1M,Operator=VELINA MAINOR |
| | | | | EVENT CLOSED |