*P.O. Ilain # 97*



| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-344656 | Name | JOHN SATTLER |
| Model # | X26 | Dept | CPD |
| X26 Software Version | 20 | Rank | Sgt |
| Dataport CD Version | 15.6 | Windows Version | Microsoft® Windows NT(TM) Service Pack 3 |
| Record Date Range | 12/31/2010 - 12/31/2010 | Report Generated | 01/01/11 00:01:34 (local) |
| Computer Time Zone | Eastern Standard Time | | |
| Using Daylight Savings Time | Yes | | |

### Recorded Firing Data

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 01/01/11 01:46:43 | 12/31/10 20:46:43 | 5 | 25 | 47 |
| 0002 | 01/01/11 01:47:07 | 12/31/10 20:47:07 | 5 | 26 | 46 |
| 0003 | 01/01/11 01:47:13 | 12/31/10 20:47:13 | 5 | 26 | 46 |
| 0004 | 01/01/11 01:47:19 | 12/31/10 20:47:19 | 5 | 26 | 46 |
| 0005 | 01/01/11 01:49:08 | 12/31/10 20:49:08 | 2 | 27 | 45 |

End of Report.