```
                    CLEVELAND POLICE DEPARTMENT        Date: 01/10/2011
                    OFFENSE/INCIDENT REPORT            Page:        1
          Case Description:                    Case Number: 2011-00000457
          Dead Body

          Primary Victim:   BROWN,RODNEY,S,

          Date/Time Reported: 01/01/11  4:03 Hrs.   Dispatch Incident Type:
          Date/Time Occurred: 12/31/10 20:48 Hrs.   *RES
          Date/Time Between : 12/31/10 20:48 Hrs.
          Location Occurred : 3589 E 114 ST
          Area: District 4    Section: Zone 46          Grid: Ward6


          Reporting Officer :     0369  ENTENOK,TIMOTHY,M,
          Primary Unit Assigned to Investigate: Homicide
          Scene Processed by:     0098  BROWN,TIMOTHY,J,

          Case Status: Open       Disposition:          Disp. Date:

          No. of Offenses:        No. of Offenders:     No. of Victims:   1



          SUBJECTS:

          Victim . . : Present Information
             Primary    BROWN,RODNEY,S,                    Phone: 216-324-7536
             Individual 3073 E 113 ST
                        CLEVELAND              OH 44120

              Race : Black     Sex: MALE       D.O.B: 04/24/70  Age: 40
              Hgt : 6'02"  Wgt: 223  Hair: Brown     Eyes . . : Brown
              Build: Medium    Complexion: MEDIUM    Ethnicity:
              Dr Lic #: RL002972        St:  OH

              Residence Type  : Other/Unk   Residence Status : Resident
              Injury Type . . : Unknown     Injury Type  . . :
              Hospital/Clinic : University  Transported by . : EMS

        Dispatch Narrative
        ACCEPT ADVISED EVENT: M1011/TB PROB NATL/369/D3


        ORIGINAL NARRATIVE (CASE)
        Title: Dead Body/Probable Natural

        The Homicide Unit/Use of Deadly Force Investigation Team is assigned
        to this investigation.

        Det. Tim Entenok 369
        Homicide Unit/Lt. Timm, O.I.C.
```

PLAINTIFF'S EXHIBIT LM
11   6-12-12

000120

```
                CLEVELAND POLICE DEPARTMENT        Date: 01/10/2011
                    OFFENSE/INCIDENT REPORT        Page:      1
    Case Description:                      Case Number: 2010-00410077
    Felonious Assault


    Primary Victim:  P.O. HAIN,BELAL,97,

    Date/Time Reported: 12/31/10 20:45 Hrs.    Dispatch Incident Type:
    Date/Time Occurred: 12/31/10 20:45 Hrs.    *TRAF STOP
    Date/Time Between : 12/31/10 20:45 Hrs.
    Location Occurred : 3589 E 114 ST
    Area: District 4     Section: Zone 46         Grid: Ward6



    Reporting Officer :       0369  ENIENCK,TIMOTHY,M,
    Primary Unit Assigned to Investigate: Homicide
    Scene Processed by:       0098  BROWN,TIMOTHY,J,


    Case Status: Open        Disposition:         Disp. Date:


    No. of Offenses: 002    No. of Offenders: 001    No. of Victims: 003




    Offense Number:   1
    Crime Code: 0311F FELONIOUS ASSAULT - POL OFFICER - KNIFE/CUTTING
    Statute . : 2903.11F          Attempted/Committed : Completed
    Stat Desc : FEL ASSLT - POLICE OFF - KNIFE OR CUTTING INST
    Location Type . : Yard        Criminal Activity . : No Gang
    Type of Weapon  : Knife/Ctng  Weapon Feature  . . :
    # Adults Present:    3        # Juveniles Present :
    Hom/Ag Aslt Circmst : Aslt Offcr  Just. Circumstances :
    Statute ORI/Group . : S       Agg Aslt/Hom Crcmst:
    Counts  . . . . . . : 002     Larceny/Theft Offnse:
    NCIC Code . . . . . : Assault Scene/Location Type2:
    Offense Date  . . . : 12/31/2010  Victim Drug Related :
    Abandoned Structure : NO      Property Damage . .
    UCR Return A  . . . : Aslt Knife  UCR Stolen Property :



    Offense Number:   2
    Crime Code: 21330 RESISTING ARREST
    Statute . : 2921.33           Attempted/Committed : Completed
    Stat Desc : RESISTING ARREST
    Location Type . : Yard        Criminal Activity . :
    # Adults Present:    3        # Juveniles Present :
    Statute ORI/Group . : S       Agg Aslt/Hom Crcmst:
    Counts  . . . . . . : 001     Larceny/Theft Offnse:
    NCIC Code . . . . . : Obstructng  Scene/Location Type2:
    Offense Date  . . . : 12/31/2010  Victim Drug Related :
    Abandoned Structure : NO      Property Damage . .
    UCR Return A  . . . : Aslt Other  UCR Stolen Property :



    SUBJECTS:

    Suspect  . : Present Information
      Primary    BROWN,RODNEY,S,              Phone: 216-324-7536
      Arrested   3073 E 113 ST
```

```
            CLEVELAND POLICE DEPARTMENT        Date: 01/10/2011
              OFFENSE/INCIDENT REPORT          Page:        2
Case Description:                              Case Number: 2010-00410077
Felonious Assault

              CLEVELAND            OH 44120

   AKA:
    BROWN,RODNEY,STANLEY,                        Alias/AKA
    BROWN,RODNEY,STANION,                        Alias/AKA
    BROWN,STANTON,,                              Alias/AKA
                                                 SSN

   Race : Black       Sex: MALE       D.O.B: 04/24/70  Age:  40
   Hgt  : 6'02"   Wgt: 223   Hair: Brown    Eyes . . : Brown
   Build: Medium      Complexion: MEDIUM    Ethnicity:
   Dr Lic #: RL002972            St:  OH
   CPD       220011

   Residence Type : Other/Unk    Residence Status : Resident
   Statement Type : None         Related Offenses :  1  2

   Officer Assaulted/Killed Information:
   Incident Type . . . . : OFFICER AS  Officer Activity . : TRAF PURSU
   Armor Prevent Injury : No      Assignment Type  . : 2 OFF VEH
   Ofcr Aware of Weapon : Unknown Extent Ofndr Injury: Fatal
   Ofcr Discharge Weapon : No     Wearing Body Armor : Yes
   Ofndr Use Ofcr Weapon : No     Distance from Ofcr :  1
   Ofndr Discharge Weapon: No

Victim . . : Present Information
  Primary     P.O. ILAIN,BEIAL,97,              Phone:
  OffcrDuty  9333 KINSMAN RD
             CLEVELAND             OH 44104

   Race : Unknown   Sex: MALE         D.O.B:          Age:
   Hgt  :        "  Wgt:      Hair: Unknown   Eyes . . : Unknown
   Dr Lic #:              St:

Business:                                   Phone: 216-623-5400

   Residence Type : Other/Unk    Residence Status : Resident
   Extent of Injury: Moderate    Medical Treatment: Treat&Rels
   Injury Type . . : Bruises     Injury Type . . :
   Hospital/Clinic : Charity     Transported by . : Police
   Statement Type :              Related Offenses :  1

VICTIM OFFENDER RELATIONSHIPS:
BROWN,RODNEY,S,                                  Unknown

   Officer Assaulted/Killed Information:
   Incident Type . . . . : OFF INJ  Officer Activity . : TRAF PURSU
   Armor Prevent Injury : Yes     Assignment Type  . : 2 OFF VEH
   Ofcr Aware of Weapon : Unknown Extent Ofndr Injury: Fatal
   Ofcr Discharge Weapon : No     Wearing Body Armor : Yes
   Ofndr Use Ofcr Weapon : No     Distance from Ofcr :  1
   Ofndr Discharge Weapon: No

Victim . . : Present Information
```

000122

```
                    CLEVELAND POLICE DEPARTMENT    Date: 01/10/2011
                       OFFENSE/INCIDENT REPORT      Page:     3
      Case Description:                   Case Number: 2010-00410077
      Felonious Assault


      Primary    P.O. CHAPMAN,MICHAEL,175,        Phone:
      OffcrDuty  9333 KINSMAN RD
                 CLEVELAND                  OH 441045326


        Race : Black    Sex: MALE            D.O.B:         Age:
        Hgt  :      "   Wgt:       Hair: Unknown  Eyes . . : Unknown
        Build:          Complexion:         Ethnicity: Unknown
        Dr Lic #:              St:


      Business: CITY OF CLEVELAND            Phone: 216-623-5400
                601 LAKESIDE AV
                CLEVELAND             OH 44113
        Residence Type  : Other/Unk    Residence Status : Resident
        Injury Type . . : None         Injury Type . . :
        Statement Type  :              Related Offenses :  1

      VICTIM OFFENDER RELATIONSHIPS:
      BROWN,RODNEY,S,                                    Unknown


      Victim . . : Present Information
      Primary    STATE OF OHIO                    Phone: 216-443-7000
      Soc/Public



      VICTIM OFFENDER RELATIONSHIPS:
      BROWN,RODNEY,S,                                    Unknown
```

Dispatch Narrative
FIELD EVENT TAG: EFN2421 ST: ** VEH SEARCH COMPLETED AT 12/31/10 20:45:07 ** EVENT LOCATION CHANGED FROM " E 113RD ST/BENHAM : E " TO "
  E 113RD ST/BENHAM " AT: 12/31/10 20:45:35 ** > > > >    BY: LEDAWN HARDNICK ON TERMINAL: POLCH4B ** LOI SEARCH COMPLETED AT 12/31/10 20:45:36 REQ ANOTHER CAR 112/BENHAM UNSURE WAT STREET THEY ARE ON PER ZC ML STILL RESISTING MULTIPLE TAZERS NOT WORKING SB MULTIPLE TASERS NOT WORKING ML STILL RESISTING 3589 E 112/E 113 3589 UNSURE IF THE STREET THEY ARE ON 112 OR 113 ML POSS HIGH ON WET ANOTHER CAR SAYING ITS 113 CROWD GATHERING HAS CROWD..INC ON E 113 S OF BENHAM ON E 114 SB OFF BENHAM ABOUT 4-5 HOUSES ON E 114 SLOW IT DN ML IN CUSTODY REQ BOSS NEEDS EMS REQ EMS 32YR OLD MALE EXACT LOCATION REMOVED SECONDARY LOCATION 3589 E 114 3589 E 114 EMS NOTIFIED 3589 E 114 REQ FIRE C/W FULL ARREST EMS NEEDS HELP FIRE NOTIFIED CCS SUPV NOTIFIED 4A28 — . UNIT TO HOSP W EMS A25 EH/UH 4A25 FOLLOWING EMS TO UH PER EMS THEY ARE GOING TO UH PER 4S23 UDFIT CALL UP MAKING NOTIFICATION NOW PER DC TOMBA FULL UDFIT CALL UP MAKING NOTIFICATIONS @UH ADV S23 4A28 — . 4A22 — . BUNCH OF SHOTS IN AREA 114-116 AREA... MEDIC 16 4S33 — . CONFER W/HOMICIDE AND IA - LEAVING HOSPITAL 4A25 — B  ACK ON SCENE E 114/BENHAM E 114/BENHAM PER 4B24 EN TO D4/CONFER W/BOSS 4A25 — . REMOVED SECONDARY LOCATION 4B27 — . EN RT LOT2 4D27 — EN TO LOT 2 EN LOT 2 ARRIVE LOT2 LOT 2 VEH TOWED EN TO CHARITY FOR TREATMENT EH CHARITY @CHARITY COMP AT CHARITY — EN RT D4 — PEWK EN RT D4 COPIED EVENT EVENT COPIED COPIED EVENT EVENT COPIED COPIED EVENT EVENT COPIED COPIED EVENT EVENT COPIED COPIED EVENT EVENT COPIED ** EVENT TYPE CHANGED FROM TS(1M) TO TS(1M) AT:

000123

CLEVELAND POLICE DEPARTMENT          Date: 01/10/2011
OFFENSE/INCIDENT REPORT              Page:       4
Case Description:                    Case Number: 2010-00410077
Felonious Assault

01/01/11 03:45:43 ** EVENT LOCATION CHANGED FROM " E 113RD
ST/BENHAM " TO " E 113TH ST/BENHAM AVE CLEV " AT: 01/01/11
03:45:43 ** > > > > BY: VELINA MAINOR ON TERMINAL: POLCH4A **
LOI SEARCH COMPLETED AT 01/01/11 03:45:46 ** CROSS REFERENCED TO
EVENT # 201100000430 AT: 01/01/11 03:45:56 EVENT COPIED ** > > >
> BY: VELINA MAINOR ON TERMINAL: POLCH4A


Additional Units
Additional Units : 4D27 4D28 4F38 4S23 4B25 4A25 4B27 4A22 4S33


ORIGINAL NARRATIVE (CASE)
Title: Felonious Assault/P.O. On-Duty/Resisting Arrest/Arrest/Abated
by Death/Police Intervention

The Homicide Unit/Use of Deadly Force Investigation Team is assigned t
o this investigation.

Det. Tim Entenok 369
Homicide Unit/Lt. Timm, O.I.C.

000124