# EMS REPORT



## Cleveland EMS
1701 Lakeside Ave    Cleveland, Oh 44114
Phone (216) 664-2555

| | |
|---|---|
| Run Number: | 1092190 |
| Patient Name: | DOE, JOHN |
| Date of Service: | 12/31/2010 |
| Documented By: | BARRETT, MARK |

## CREW INFO
- Shift: A-Nights
- Station: MED16
- Unit Qual: ALS - Transport
- Unit ID: Truck #16
- Crew #1: BARRETT, MARK
- Crew #2: FLETCHER, SERGIO
- Crew #3: McGHAW,

## RESPONSE INFO
- Nature of Call: Traumatic Injuries
- Location: 3589 E 114
  Cleveland, OH, USA
- Resp With:
- Resp Delay:
- Start Mileage: 0.0
- Base Mileage: 0.0

## DISPOSITION
- Outcome: Echo Trauma Level Call
- Destination: University Hospital
  11100 Euclid Ave
  Cleveland, OH, USA 44106-
- Hospital Reason: Closest available
- Pt. Transported: Cot-Supine
- Capt. or Comm: Not on scene
- Transp Delay:
- At Scene Mileage: 2.0
- At Dest Mileage: 4.0
- Loaded Miles: 2.0

## TIMES
- Dispatched: 21:01
- Enroute: 21:02
- AtScene: 21:07
- At Patient: 21:10
- Transport: 21:36
- At Dest: 21:43
- In Service: 22:51

### OTHER TIMES
- Injury Time: N/A
- Trauma Alrt: N/A

## PATIENT INFORMATION
- Name: DOE, JOHN
- SSN: 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
- DOB:
- Sex: M
- Weight: 200 lbs
- Phone:
- Home Address: UNKNOWN
  Cleveland, OH, USA
- Mailing Address:

## BILLING INFORMATION
- Guarantor: DOE, JOHN
- Address: UNKNOWN
  Cleveland, OH, USA
- SSN: 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
- Relation: Patient

### Insurance:
- Company: Self-Pay
- Address: UNKNOWN
  Cleveland, OH, USA
- Phone:
- SSN#: 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

## INITIAL INFORMATION
- Chief Complaint: Cardiac Arrest-Witnessed
- Relevant Past History: Unknown
- Medications: Unknown
- Allergies: Unknown allergies

## ASSESSMENTS
21:10

| Body Area | Assessment | Body Area | Assessment |
|---|---|---|---|
| ABC, Airway | Obstructed by Tongue | ABC, Breathing | No Spontaneous Respirations |
| ABC, Circulation | Carotid Pulse ABSENT | Cardio Vascular, Cardio Vascular | No Pulse |
| Chest, Chest | Penetration-PENETRATION FROM TAZER MIDSTERNAL. ALSO, SUPERFICIAL LACERATION. | Eyes, Pupils | Fixed Gaze |

## IMPRESSIONS
- Primary Impression: Cardiac Arrest
- Secondary Impression:

PLAINTIFF'S EXHIBIT 14   6-12-12

001339



## EMS REPORT
## Cleveland EMS

1701 Lakeside Ave    Cleveland, Oh 44114

Phone (216) 664-2555

| | |
|---|---|
| Run Number: | 1092190 |
| Patient Name: | DOE, JOHN |
| Date of Service: | 12/31/2010 |
| Documented By: | BARRETT, MARK |

### Vital Signs

| Time | BP | Pulse | SpO2 Room Air | SpO2 with O2 | Cap Refill | GCS | Respiratory Effort | Rate | Left | Right |
|---|---|---|---|---|---|---|---|---|---|---|
| 21:12 | 0/0 | | | | | E1 M1 V1=3 | | | | |
| 21:17 | 0/0 | | | | | E1 M1 V1=3 | | | | |
| 21:22 | 0/0 | | | | | E1 M1 V1=3 | | | | |
| 21:27 | 0/0 | | | | | E1 M1 V1=3 | | | | |
| 21:32 | 0/0 | | | | | E1 M1 V1=3 | | | | |
| 21:37 | 0/0 | | | | | E1 M1 V1=3 | | | | |
| 21:42 | 0/0 | | | | | E1 M1 V1=3 | | | | |

001340

## EMS REPORT
## Cleveland EMS

1701 Lakeside Ave    Cleveland, Oh 44114

Phone (216) 664-2555

| | |
|---|---|
| Run Number: | 1092190 |
| Patient Name: | DOE, JOHN |
| Date of Service: | 12/31/2010 |
| Documented By: | BARRETT, MARK |

### TREATMENT SUMMARY

| Time | Treatment | Authorized By | Description |
|---|---|---|---|
| 21:10 | CPR | Protocol | Arrest to CPR: < 4 minutes, Witnessed Arrest: Yes, Initial Rhythm: Asystole, Final Rhythm: P.E.A, Who did CPR prior to arrival?: Not Applicable, Was an AED Applied?: No, Who's AED was used?: Not Applicable, Was Shock Given by AED?: No, By:McGHAW, ANTHONY |
| 21:10 | Back Board | Protocol | Method: Logroll, Secured With: Straps x3, Head Blocks Used: Not Used, Indication: Cardiac Arrest, Result: Pt Secured, By:FLETCHER, SERGIO |
| 21:10 | Oxygen | Protocol | Device: Bag Valve Mask, LPM: 15 LPM, Indication: Cardiac/Resp Arrest, Result: No Change, By:FLETCHER, SERGIO |
| 21:12 | Oral airway | Protocol | Size: 5, Indication: Airway Unstable, Successful: Successful, Attempts 1, By:BARRETT, MARK |
| 21:12 | 3 Lead EKG | Protocol | Pads: Combi Pads, Indication: Cardiac Arrest, Monitor Results: Asystole, Ectopics: No Ectopics, By:McGHAW, ANTHONY |
| 21:14 | IV | Protocol | Site: Left External Jugular, Size: 16 G, Solution: 0.9% Normal Saline, Tubing: 10 Drop Set, Volume: 1,000ML N.S. Bag, Rate: Wide open, Successful: Successful, By:FLETCHER, SERGIO |
| 21:15 | Epinephrine 1:10,000 | Protocol | Dosage: 1.0 mg, Route: IV, Indications: Asystole, Results: No Change By:BARRETT, MARK |
| 21:16 | Intubation | Protocol | Size: 7.0 mm, Route: Oral, Blade: Mac 3, Stylet: Used, Indication: Cardiac Arrest, Laryngoscopy: Placement of ET Tube, Cricoid Press Used: Yes, Cuff: Inflated - No Leak, Secured At: 25, Chest Rise: Yes, Lung Sound: + Lung sound/- Abd sounds, Condensation: Condensation Present, E.T.Tube Check: Not Applicable, Breath Sounds: = Breath Sounds, Introducer/Bougie Used: No, End-Tidal CO2: Color change of device, Successful: Successful, By:McGHAW, ANTHONY |
| 21:17 | Cervical Collar | Protocol | Size: Regular/Medium, Indication: Cardiac Arrest, Result: Immobilization, By:FLETCHER, SERGIO |
| 21:17 | Atropine | Protocol | Dosage: 1.0 mg, Route: IV, Indication: Asystole, Result: No Change, By:BARRETT, MARK |
| 21:17 | Capnography | Protocol | Device Used: E.T. Filter Line, Initial Waveform: Waveform Present, P At ER Waveform: Waveform Present, By:FLETCHER, SERGIO |
| 21:19 | Epinephrine 1:10,000 | Protocol | Dosage: 1.0 mg, Route: IV, Indications: P.E.A., Results: No Change, By:BARRETT, MARK |
| 21:23 | Atropine | Protocol | Dosage: 1.0 mg, Route: IV, Indication: Asystole, Result: P.E.A., By:BARRETT, MARK |
| 21:25 | Sodium Bicarbonate | Protocol | Dosage: 100 mEq, Route: IV, Indication: Cardiac Arrest, Result: No Change, By:BARRETT, MARK |
| 21:27 | Epinephrine 1:10,000 | Protocol | Dosage: 1.0 mg, Route: IV, Indications: P.E.A., Results: No Change, By:BARRETT, MARK |
| 21:30 | IV | Protocol | Site: Left A.C., Size: 18 G, Solution: 0.9% Normal Saline, Tubing: 10 Drop Set, Volume: 1,000ML N.S. Bag, Rate: Wide open, Successful: Successful, By:FLETCHER, SERGIO |
| 21:31 | Atropine | Protocol | Dosage: 1.0 mg, Route: IV, Indication: P.E.A., Result: No Change, By:BARRETT, MARK |
| 21:35 | Epinephrine 1:10,000 | Protocol | Dosage: 1.0 mg, Route: IV, Indications: P.E.A., Results: No Change, By:BARRETT, MARK |
| 21:40 | Epinephrine 1:10,000 | Protocol | Dosage: 1.0 mg, Route: IV, Indications: P.E.A., Results: No Change, By:BARRETT, MARK |

### NARRATIVE

001341

## EMS REPORT
## Cleveland EMS

1701 Lakeside Ave  Cleveland, Oh 44114

Phone (216) 664-2555

| | |
|---|---|
| Run Number: | 1092190 |
| Patient Name: | DOE, JOHN |
| Date of Service: | 12/31/2010 |
| Documented By: | BARRETT, MARK |

U/A APPROXIMATELY 35 Y/O M IN POLICE CUSTODY SITTING ON SIDE OF CURB RESTING WITH HIS BACK ON A POLICE OFFICERS LEGS. U/A POLICE SAY PT WAS STILL VIOLENT AND TO BE CAREFUL AND ADVISED US TO GET THE STRETCHER. WHEN MYSELF AND MY PARTNERS MOVED THE PT TO THE COT WITH POLICE HELP WE NOTICED PT WAS NOT BREATHING. HIGH QUALITY CPR WAS INITIATED IMMEDIATELY AND PT WAS MOVED TO THE AMBULANCE. WHEN GETTING A HX OF THE EVENT POLICE SAY MALE WAS COMBATIVE AND NEEDED TO BE TAZERED. POLICE STATE THAT IN THEIR CUSTODY HE AT NO POINT STOPPED BREATHING. PT HAS A SUPERFICIAL LACERATION THAT IS ABOUT THE SIZE OF TWO DOLLAR BILLS IN LENGTH IN THE CENTER OF HIS CHEST. PT DOES NOT APPEAR TO HAVE ANY OTHER OBVIOUS SIGNS OF INJURY NOTED ON HIS BODY. FULL ALS INTERVENTIONS WERE STARTED WHILE WAITING FOR FIRE TO ARRIVE AND CONTINUED THROUGHOUT THE EVENT WITH HIGH QUALITY CPR AS WELL. PT REMAINED FA WITH A RHYTHM CHANGE FROM ASYSTOLE TO PEA ABOUT 5-8 MINUTES INTO THE EVENT. PT WAS TRANSPORTED TO UNIVERSITY MEDICAL CENTER. CARE WAS TRANSFERRED TO AN EMERGENCY ROOM PHYSICIAN. ALL TIMES ARE APPROXIMATE.

### CREW SIGNATURES

Start Date/Time: 18:55 Dec 31, 2010

| Crew # | Crew 1 Name | Certification | Signature | Crew # | Crew 2 Name | Certification | Signature |
|---|---|---|---|---|---|---|---|
| 105 | BARRETT, MARK | PARAMEDIC | *signed* | 265 | FLETCHER, SERGIO | PARAMEDIC | *signed* |
| 125 | McGHAW, ANTHONY | PARAMEDIC | *signed* | | | | |

001342