SYNOPSIS:
- On the above incident date, at approximately 2045 hours, victim officers, PO Belal Ilain #97 and PO Michael Chapman #175, of the Fourth District; Basic Patrol; Second Shift, assigned to Z/C 4B24, are on routine patrol in the area of E. 112 and Regalia Avenue.
- During this time they observe a vehicle, later identified as the above 2001 Hyundai Elantra, traveling W/B on Regalia Avenue without its headlights on.
- Members of Z/C 4B24 decide to investigate and begin following the vehicle S/B on East 113 Street.
- As they near Benham Avenue, they activate their overhead lights and siren to initiate a traffic stop.
- The operator of the 2001 Hyundai Elantra, later identified as the deceased suspect Rodney S. Brown, complies and stops the vehicle S/B on E. 113 Street just north of Benham Avenue. He is the lone occupant of the vehicle.
- Driver officer, PO Chapman #175, approaches the driver's side while passenger officer, PO Ilain #97, approaches the passenger side.
- Upon reaching the driver's door area, PO Chapman #175 observes the window to be down and advises Brown of the stop.
- Brown responds by asking PO Chapman, "Do you know who I am?"
- At this time, both officers report observing Brown's right hand to be concealed under his left thigh.
- This action causes PO Chapman to draw his service weapon.
- PO Chapman then calls for Brown to show his hand and place his hands onto the steering wheel to which Brown slowly complies. Brown continues to ask PO Chapman if he knows who he is and Brown's actions indicate he is under the influence of something.
- PO Chapman then asks Brown for his driver's license. Brown reaches towards the vehicle's glove box but doesn't open it.
- At this point, PO Ilain advises PO Chapman to have Brown exit the vehicle.
- PO Chapman holsters his service weapon and calls for Brown to exit the vehicle.
- Brown complies by exiting and forcefully slamming the door. He then begins walking towards PO Chapman in an aggressive manner which causes PO Chapman to back up.
- During this time, PO Chapman repeatedly calls for Brown to place his hands onto the rear of his vehicle to which Brown reluctantly complies.
- As both officers approach Brown they observe him to be tense and on edge.
- For officers' safety it is decided Brown should be handcuffed.
- As both officers attempt to take control of Brown's arms, he suddenly shakes them off and begins moving away from the vehicle.
- Brown then begins walking towards PO Chapman in an aggressive manner.
- PO Chapman draws his city issued taser and calls for Brown to stop and get down on the ground. Brown does not comply and continues towards PO Chapman.
- At this time, PO Chapman fires his taser at Brown landing two (2) probes in the chest area. The distance between Brown and PO Chapman is later measured to be six (6) feet.
- Officers report Brown initially tensed up after being shocked but then suddenly shrugged it off and began fleeing on foot.
- At this same time, PO Ilain deployed his taser by firing a cartridge at the fleeing Brown. It is unknown if contact was made.
- Brown fled E/B on Benham Avenue and then S/B on East 114 Street with both officers in closed pursuit. Brown is repeatedly ordered to stop.
- As Brown is fleeing he is observed to be reaching for something with his right hand which causes PO Chapman to yell out a warning to his partner PO Ilain.
- Brown is pursued to the address of 3589 East 114 Street where PO Ilain is finally able to reach Brown.
- PO Ilain jumps on Brown and attempts to wrestle Brown to the ground by grabbing him about the shoulders/head area.

PLAINTIFF'S EXHIBIT 44
15   6-12-12
001237

- PO Ilain and Brown fall onto the driveway and then roll into the front lawn area.
- During this time, PO Ilain reports being struck in the head by Brown with a hard object.
- PO Chapman joins the scuffle and both officers attempt to gain control of Brown and bring him to the ground.
- Brown actively resists and is observed to have something in his left hand. The item is later found to be a nylon pouch containing a folding knife.
- PO Ilain is able to wrestle the knife away from Brown and tosses it into the adjacent yard out of Brown's reach.
- While scuffling with Brown, both officers deploy their taser and drive stun Brown several times with negative results. They also request assistance via channel 4 radio dispatch.
- Other involved officers respond and eventually are able to place the still resisting Brown into handcuffs. Brown is handcuffed behind his back.
- Brown refuses to cooperate and continues to resist by struggling and kicking.
- Brown is stood up and a pat down of his person is completed.
- When Brown goes limp and refuses to walk to the Z/C, officers carry him to assisting Z/C 4B25's vehicle, car #439.
- Brown refuses to enter the vehicle and is slid/pulled head first into the rear seat by officers via the driver's side rear door. Brown's head is on the passenger side of the rear seat and he is lying on his left side facing the back of the rear seat.
- While in the rear seat, Brown continues to struggle and kicks the door.
- Per GPO, involved officer #2, PO Rusnak summons EMS to respond due to Brown being tasered. He then opens the rear passenger door, advises Brown to calm down and inquires if he is using narcotics. Brown does not answer.
- Brown reportedly calms down and PO Rusnak reports monitoring Brown until EMS arrives.
- When EMS sirens are heard, officers remove Brown from the rear seat and have him sit on the ground.
- Upon arrival of EMS #16, Brown is placed onto a gurney, unhandcuffed and then recuffed to the gurney rails.
- EMS finds Brown to be unresponsive and requests the handcuffs be removed. The handcuffs are removed and as Brown is being placed into the rear of the EMS vehicle he reportedly goes into full arrest. EMS requests Z/C personnel call for CFD to respond to their location to assist.
- EMS #16 conveys Brown to University Hospital where he later expires.
- Brown is pronounced at 2225 hours by Dr. Ulhaq of the ED staff.
- PO Ilain is later conveyed to St. Vincent Charity Hospital by PO Chapman where he is T&R by the ED staff for contusions and abrasions.

**TO BE FURTHER INVESTIGATED        CORONER'S RULING PENDING**