UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY BROWN, | : | Case No. 1:11-cv-1370 |
| Plaintiff, | : | |
| v. | : | Judge Lesley Wells |
| | : | **DECLARATION OF CYRIL H.** |
| MICHAEL CHAPMAN, et al., | : | **WECHT, M.D., J.D.** |
| Defendants. | : | |

I, Cyril H. Wecht, M.D., J.D., pursuant to 28 U.S.C. §1746, declare under penalty of perjury that the following is true and correct:

1. I am an expert witness retained by Plaintiffs in the above case.

2. The Document attached to this declaration and filed with the Court is a true and accurate copy of my expert report in this case.

3. The opinions rendered in that expert report are held to a reasonable degree of professional certainty, are true, and are based on the record in this case.

Dated: 27 Aug, 2013

_____
Cyril H. Wecht