# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 15-3158

_____

Filed: March 15, 2016

SHIRLEY BROWN, Individually and as Administratrix of the estate of Deceased Rodney Brown

      Plaintiff - Appellee

11cv1370-CAB

v.

MICHAEL CHAPMAN, et al.

      Defendant

and

RICHARD RUSNAK, City of Cleveland, Division of Police; JOHN SATTLER, City of Cleveland, Division of Police; JAMES MERRITT; CITY OF CLEVELAND

      Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 02/19/2016 the mandate for this case hereby issues today.

affirmed

COSTS: None