# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____  11cv1370-CAB

No: 15-3506

_____

Filed: March 15, 2016

SHIRLEY BROWN, Individually and as Administratrix of the estate of Deceased Rodney Brown

      Plaintiff - Appellant

v.

MICHAEL CHAPMAN; BELAL ILAIN; ERIK MELENDEZ, City of Cleveland, Division of Police; CITY OF CLEVELAND

      Defendants - Appellees

 and

SKRLETTS, City of Cleveland, Division of Police, et al

      Defendants

## MANDATE

   Pursuant to the court's disposition that was filed 02/19/2016 the mandate for this case hereby issues today.

reverse/remand

COSTS:  None