UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **SHIRLEY BROWN,** Individually and as the Administratrix of the Estate of Rodney Brown | : : : : | Case No. 1:11 CV 01370 JUDGE CHRISTOPHER A. BOYKO |
| **Plaintiff,** v. | : : : | **Proposed Stipulation of Fact** |
| **MICHAEL CHAPMAN, et al.,** | : : : | |
| **Defendants.** | : | |

Plaintiffs and Defendants agree to the following Facts:

1. The plaintiff in this case is Shirley Brown, mother of Rodney Brown and administrator of his estate.

2. The Defendants in this case are Michael Chapman, Belal Ilain, Erik Melendez, John Sattler, James Merritt, Richard Rusnak, and the City of Cleveland.

3. The parties agree to the authenticity and admissibility of the records of the Cuyahoga County Coroner's office related to the autopsy of Rodney Brown, Plaintiff's exhibit 9, as well as the photos related to the this case from the Coroner's office, but reserve the right to object based on potential duplicative evidence.

.

Respectfully Submitted,

| | |
|---|---|
| s/ Alphonse A. Gerhardstein | John Bacevice (0087306) |
| Alphonse A. Gerhardstein (0032053) | Assistant Director of Law |
| Trial Attorney for Plaintiffs | Aikaterini Houston (0086262) |
| Jennifer L. Branch (0038893) | Assistant Director of Law |
| Janaya Trotter Bratton (0084123) | City of Cleveland Department of Law |
| Gerhardstein & Branch, Co LPA | 601 Lakeside Ave., Room 106 |
| 441 Vine Street, Suite 3400 | Cleveland, OH 44114 |
| Cincinnati, Ohio 45202 | (216) 664-2800 |
| (513) 621-9100 | (216) 664-2663 Fax |

| | |
|---|---|
| Fax (513) 345-5543 | JBacevice@city.cleveland.oh.us |
| agerhardstein@gbfirm.com | AHouston@city.cleveland.oh.us |
| jbranch@gbfirm.com | |
| jtbratton@gbfirm.com | |

s/David B. Malik
David B. Malik (0023763)
Trial Attorney for Plaintiffs
Sara Gedeon (0085759)
8437 Mayfield Road, Suite 103
Chesterland, OH 44026
(440) 729-8260
(440) 729-8262 fax
dbm50@sbcglobal.net
sgedeon1021@gmail.com