# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **SHIRLEY BROWN,** Individually and as the Administratrix of the Estate of Rodney Brown | : Case No. 1:11 CV 01370 :  : **JUDGE CHRISTOPHER A. BOYKO** |
| **Plaintiffs,** | : : |
| v. | : **Proposed Joint Statement for the Jury** |
| **MICHAEL CHAPMAN, et al.,** | : : |
| **Defendants.** | : |

    Rodney Brown died following the use of force by Cleveland Police officers after a traffic stop on December 31, 2010. Rodney's mother, Shirley Brown, filed this lawsuit alleging, under federal civil rights law, that the traffic stop was done without probable cause, that excessive force was used on her son including a taser shot to his chest and a blow to his neck, and that officers failed to provide or secure adequate medical care for her son. She also alleges wrongful death and assault and battery under state law.

    All the individual defendants are sued for wrongful death. The defendants on the excessive force, assault and battery, failure to protect claims are Michael Chapman, Belal Ilain and the City of Cleveland[1]. The defendants on the denial of medical care claim are Eric Melendez, Richard Rusnak, James Merritt, John Sattler, and the City of Cleveland. The defendants deny liability on all claims.

Respectfully Submitted,

s/ Alphonse A. Gerhardstein  
Alphonse A. Gerhardstein (0032053)  
Trial Attorney for Plaintiffs  
Jennifer L. Branch (0038893)

s/John Bacevice  
John Bacevice (0087306)  
Assistant Director of Law  
Aikaterini Houston (0086262)

---

[1] The Defendants have not responded yet as to whether this sentence is acceptable.

| | |
|---|---|
| Janaya Trotter Bratton (0084123) | Assistant Director of Law |
| Gerhardstein & Branch, Co LPA | City of Cleveland Department of Law |
| 441 Vine Street, Suite 3400 | 601 Lakeside Ave., Room 106 |
| Cincinnati, Ohio 45202 | Cleveland, OH 44114 |
| (513) 621-9100 | (216) 664-2800 |
| Fax (513) 345-5543 | (216) 664-2663 Fax |
| agerhardstein@gbfirm.com | JBacevice@city.cleveland.oh.us |
| jbranch@gbfirm.com | AHouston@city.cleveland.oh.us |
| jtbratton@gbfirm.com | |

s/David B. Malik
David B. Malik (0023763)
Trial Attorney for Plaintiffs
Sara Gedeon (0085759)
8437 Mayfield Road, Suite 103
Chesterland, OH 44026
(440) 729-8260
(440) 729-8262 fax
dbm50@sbcglobal.net
sgedeon1021@gmail.com