# PROBATE COURT OF CUYAHOGA COUNTY, OHIO
Anthony J. Russo, Presiding Judge
Laura J. Gallagher, Judge

PROBATE COURT
FILED
APR 07 2017
CUYAHOGA COUNTY, O.

ESTATE OF RODNEY STANTON BROWN, DECEASED
CASE NO. 2011 EST 165904

## REPORT OF DISTRIBUTION OF WRONGFUL DEATH AND SURVIVAL CLAIMS

Pursuant to Entry filed on November 22, 2016, the proceeds have been paid as shown below and on the accompanying vouchers attached hereto and marked as "Exhibit A."

| | |
|---|---:|
| Gross Proceeds | $375,000.00 |
| Reasonable attorneys' fees for their attorney services: | |
| Alphonse Gerhardstein | -$75,000.00 |
| David B. Malik | -$75,000.00 |
| Reimbursement to the attorneys for case expenses: | |
| Alphonse Gerhardstein | -$26,531.77 |
| David B. Malik | -$2,096.94 |
| Net Proceeds | $196,371.29 |
| Shirley Brown, mother | -$37,195.40 |
| Joshua Brown, son | -$37,195.40 |
| Rodney Brown, son | -$37,195.40 |
| Tevin Brown, son | -$37,195.40 |
| Kenyanni Brown, daughter | -$37,195.40 |
| CSPS (child support lien) | -$10,394.29 |
| Balance: | $-0- |

_____
Attorney for Fiduciary – Sara Gedeon
(0085759)

_____
Fiduciary – REMOVED

**ENTRY**
The above report of the distribution of the proceeds is hereby approved.

APR 12 2017
_____
date

_____
Anthony J. Russo, Presiding Judge

2011EST165904
1475729
PDF   ES14.3

## Huntington

Welcome:

```
DAVID B MALIK
IOLTA ACCOUNT
6437 MAYFIELD RD STE 103
CHESTERLAND, OHIO 44026-2584

                                              DATE 12/22/2016        56-1503-412

PAY TO THE
ORDER OF  Gerhardstein + Branch                     $ 75,000.00

Seventy-five thousand                                         DOLLARS

            Huntington

FOR R Brown Attorney Fee                     DBMalik
```

Endorsement: PAY TO THE ORDER OF PNC BANK, N.A. 041000124 FOR DEPOSIT ONLY GERHARDSTEIN & BRANCH



Welcome:

**ACCOUNT TRANSFER**

```
SUCCESSFUL
Confirmation :
From Account:        / DAVID B MALIK ATTORN...
To Account: ...      DAVID MALIK
User ID: RHalli
Amount: $75,000.00
Frequency: One Time
Transaction Date: 12/20/2016
Transfer Date: 12/20/2016
Effective Date: 12/20/2016

The transfer has been made successfully.

Future-dated transfers are subject to cancellation based on information and available funds at time of processing.
```

**Enter Transfer Criteria**

| | | |
|---|---|---|
| Transfer From | Select an Account | ▼ |
| Transfer To | Select an Account | ▼ |
| Amount | | |
| Frequency | One Time | ▼ |
| Transfer Date | 12/20/2016 | |

**SCHEDULE TRANSFER**   [ Reset ]

David Malik Attorney: Robert Halliday

https://businessonline.huntington.com/ElectronicTransactions/AcctTransfer.aspx          12/20/2016

# Huntington

Welcome:

```
DAVID B MALIK
IOLTA ACCOUNT
8437 MAYFIELD RD STE 103
CHESTERLAND, OHIO 44026-2564
```

DATE 12/22/2016

56-1503-412

PAY TO THE ORDER OF Gerhardstein & Branch        $ 26,531.77/100

Twenty-six thousand five hundred thirty-one and 77/100 ———— DOLLARS

Huntington

FOR R Brown Case expenses

D B Malik

ENDORSE HERE PAY TO THE ORDER OF
PNC BANK, N.A.
04 1000124
GERHARDSTEIN
EXP ... BRANCH



## ACCOUNT TRANSFER

SUCCESSFUL
Confirmation:
From Account: ... / DAVID B MALIK ATTORN...
To Account: ... / DAVID MALIK
User ID: RHalli
Amount: $2,096.94
Frequency: One Time
Transaction Date: 02/14/2017
Transfer Date: 02/14/2017
Effective Date: 02/14/2017

The transfer has been made successfully.

Future-dated transfers are subject to cancellation based on information and available funds at time of processing.

### Enter Transfer Criteria

**Transfer From**    Select an Account

**Transfer To**      Select an Account

**Amount**

**Frequency**        One Time

**Transfer Date**    02/14/2017

SCHEDULE TRANSFER    Reset

**David Malik Attorney:** Robert Halliday

https://businessonline.huntington.com/ElectronicTransactions/AcctTransfer.aspx        2/14/2017

# Huntington

Welcome:

---

**DAVID B MALIK**
IOLTA ACCOUNT
8437 MAYFIELD RD STE 103
CHESTERLAND, OHIO 44026-2584

■7■
56-1503-412

DATE 12/22/2016

PAY TO THE ORDER OF **Shirley Brown**    $ **37195.40**

**Thirty-Seven thousand one hundred ninety-five and 40/100** DOLLARS

Huntington

FOR _____ _DBMalik_ (signature)

---

Endorsement: _Shirley Q Brown_

# Huntington

Welcome:

```
DAVID B MALIK         37K 7day delay Via phone Already
IOLTA ACCOUNT                                    5:44pm
8437 MAYFIELD RD STE 103  $ 195.40 less cash
CHESTERLAND, OHIO 44026-2581
                                          DATE 12/22/2016    56-1503-412

PAY TO THE
ORDER OF  Joshua Brown                              $ 37195.40

Thirty-seven thousand one hundred ninety-five and 40/100 ——— DOLLARS

    Huntington

FOR _____           DBMalik
```

# Huntington

Welcome:

DAVID B MALIK
IOLTA ACCOUNT
8437 MAYFIELD RD STE 103
CHESTERLAND, OHIO 44026-2584

56-1503-412

DATE 12/22/2016

PAY TO THE ORDER OF Rodney Brown    $ 37195.40

Thirty-seven thousand one hundred ninety-five and 40/100 — DOLLARS

Huntington

D B Malik

FOR _____

CFCU - BRANCH ID - 0007
CLEVELAND, OHIO

Rodney Brown

```
DAVID B MALIK
IOLTA ACCOUNT
8437 MAYFIELD RD STE 103
CHESTERLAND, OHIO 44026-2584
                                                    56-1503-412
                                     DATE 12/22/2016
PAY
TO THE
ORDER OF  Tevin Brown                            $ 37,195.40
Thirty-seven thousand one hundred ninety-five and 40/100 — DOLLARS

 Huntington

                                        D B Malik
FOR
```

The Law Office of David B. Malik
8437 Mayfield Road, Suite #101
Chesterland, OH 44026

Tevin Brown

currently incarcerated



# Huntington

Welcome:

---

**DAVID B MALIK**
IOLTA ACCOUNT
8437 MAYFIELD RD STE 103
CHESTERLAND, OHIO 44026-2584

DATE 12/22/2016    56 1503 412

PAY TO THE ORDER OF  CSPC    $ 10,394.29

Ten thousand three hundred ninety-four and 29/100 ———— DOLLARS

Huntington

FOR Case No. 2011EST165904      D B Malik

---

dpatridge 047 16 36    ForDepositOnly