# PROBATE COURT OF CUYAHOGA COUNTY, OHIO
ANTHONY J. RUSSO, PRESIDING JUDGE
LAURA J. GALLAGHER, JUDGE

ESTATE OF
**RODNEY STANTON BROWN**　　　　　　　　　　　CASE NO.　**2011EST165904**

## ENTRY APPROVING AND SETTLING ACCOUNT
[R.C. 2109.32]

Upon hearing the account filed **04/14/2017**, the Court finds that:

**[Check whichever of the following are applicable]**

- ☐ The partial account has been lawfully administered;
- ☐ The estate has been lawfully administered, except for final distribution to the beneficiaries;
- ☐ The estate has been fully and lawfully administered, and the assets have been distributed in accordance with the law or the applicable instruments governing distribution;
- ☒ The events have occurred after which the Court may approve and settle a final account;
- ☐ The events have occurred after which the Court may approve and settle a supplemental final account.

The account is therefore approved and settled.

**[Check whichever of the following are applicable]**

The fiduciary shall be discharged without further order of the Court twelve months following the approval of the final and distributive account unless discharged by this entry.

- ☒ The fiduciary is discharged herewith;
- ☒ The surety bond is terminated herewith.

**05/31/2017**
Date　　　　　　　　　　　　　　　　　　**JUDGE ANTHONY J. RUSSO**