# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| SHIRLEY BROWN ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:11-CV-1370 |
| -vs- ) | |
| ) | STIPULATION OF DISMISSAL WITH |
| MICHAEL CHAPMAN, et al., ) | PREJUDICE OF MICHAEL CHAPMAN, |
| ) | BELAL ILAIN, ERIK MELENDEZ, AND |
| Defendants. ) | CITY OF CLEVELAND, AND JOURNAL |
| ) | ENTRY |
| ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been fully settled and that it should be dismissed, with prejudice as against Defendants Michael Chapman, Belal Ilain, Erik Melendez, and City of Cleveland with each party to bear its own costs. The Court may enter an Order accordingly, notice of the Clerk being hereby waived. Case is dismissed in its entirety.

IT IS SO ORDERED.

                                                                          s/ Christopher A. Boyko
                                                        **JUDGE CHRISTOPHER A. BOYKO**

| | |
|---|---|
| Barbara Langhenry (0038838) | /s/ Sara Gedeon (0085759) |
| Director of Law | David B. Malik, Esq. |
| /s/ John P. Bacevice Jr. | Sara Gedeon, Esq. |
| John P. Bacevice Jr. (0087306) | Email: dbm50@sbcglobal.net |
| Assistant Director of Law | Email: sgedeon1021@gmail.com |
| Thomas J. Kaiser (0014339) | 8437 Mayfield Road, Suite 101 |
| Chief Trial Counsel | Chesterland, Ohio 44026 |
| Department of Law, Cleveland City Hall | Attorneys for Plaintiff |
| 601 Lakeside Avenue, Room 106 | |
| Cleveland, ohio 44114 | Alphonse A. Gerhardstein |
| 216-664-2800 | Gerhardstein & Branch Co LPA |
| 216-664-2663 | Carew Tower |